Form 26

**FORM 26. Docketing Statement**

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

No. 141797 _____

Addiction and Detoxification Institute L.L.C.
_____

v.

Carpenter et al
_____

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent Addiction and Detoxification Institute L.L.C.
_____

Party is (select one)  ☑ Appellant/Petitioner ☐ Cross-Appellant
                                       ☐ Appellee/Respondent ☐ Intervenor

Tribunal appealed from and Case No. U.S. District Court of Eastern District of Michigan
_____

Date of Judgment/Order 08/04/2014 _____ Type of Case Patent _____

Relief sought on appeal Reversal of District Court order
_____

Relief awarded below (if damages, specify) _____
Defendants motion to dismiss granted.

Briefly describe the judgment/order appealed from _____
Order dismissing Complaint by Plaintiff.

_____

153

**Form 26**

**FORM 26.  Docketing Statement (continued)**

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

_____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued    _____

_____

Brief statement of the issues to be raised on appeal _____
Whether dismissal of Plaintiffs complaint is comportment with notice pleading requirements in patent cases.

_____

Have there been discussions with other parties relating to settlement of this case?

☐ Yes   ☑ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☐ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?    ☐ Yes   ☑ No

If they were mediated, by whom? _____

_____

Form 26

FORM 26.  Docketing Statement (continued)

Do you believe that this case may be amenable to mediation?     ☐ Yes     ☑ No

If you answered no, explain why not _____
Appeal passed on order of court dismissal of case.

_____

Provide any other information relevant to the inclusion of this case in the court's mediation
program. _____

_____

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of
the United States Court of Appeals for the Federal Circuit and served a copy on counsel of
record, this 17th _____ day of September _____, 2014 _____

by: E-mail _____
                              (manner of service)

Thomas Keith Mirabile                         /s/ Thomas Mirabile
_____                  _____
        Name of Counsel                            Signature of Counsel

Law Firm  Mirabile Law Firm _____

Address  1745 S. Naperville Rd Suite 200 _____

City, State, ZIP  Wheaton, IL 60187 _____

Telephone Number  630-665-6904 _____

FAX Number  630-665-4343 _____

E-mail Address  lawchicago@comcast.net _____

155

Form 30

**FORM 30. Certificate of Service**

<div style="border: 1px solid black; padding: 20px;">

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on ⟨09/17/2014⟩
by:

☒ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Thomas Kieth Mirabile | /s/ Thomas K. Mirabile |
| Name of Counsel | Signature of Counsel |

Law Firm   Kristopher Hulliberger Howard & Howard

Address   450 W Fourth Street

City, State, ZIP   Royal Oak, MI 48067

Telephone Number   248-645-1283

FAX Number

E-mail Address   khulliberger@howardandhc

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

</div>