FORM 26. Docketing Statement

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 14-1797

Addiction and Detoxification Institute L.L.C.

v.

Carpenter, et al.

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent  Addiction and Detoxification Institute, L.L.C.

Party is (select one)  ☑ Appellant/Petitioner  ☐ Cross-Appellant
                       ☐ Appellee/Respondent  ☐ Intervenor

Tribunal appealed from and Case No. U.S. District Court of Eastern District of Michigan 14-cv-100

Date of Judgment/Order 08/04/2014    Type of Case Patent

Relief sought on appeal  Reversal of District Court Order

Relief awarded below (if damages, specify)
Defendants motion to dismiss granted

Briefly describe the judgment/order appealed from
Order dismissing Complaint by Plaintiff

**FORM 26. Docketing Statement (continued)**

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued
There are no other related cases pending before this court

Brief statement of the issues to be raised on appeal
Whether dismissal of Plaintiff's complaint is comportment with notice pleading requirements in patent cases.

Have there been discussions with other parties relating to settlement of this case?

☐ Yes　☑ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☐ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?　☐ Yes　☑ No

If they were mediated, by whom? _____

**FORM 26. Docketing Statement (continued)**

Do you believe that this case may be amenable to mediation?  ☐ Yes  ☑ No

If you answered no, explain why not
Appeal passed on order of court dismissal of case

Provide any other information relevant to the inclusion of this case in the court's mediation program.

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 18th day of September, 2014

by: E-mail
(manner of service)

Thomas Keith Mirable              /s/ Thomas Mirabile
Name of Counsel                   Signature of Counsel

Law Firm  Mirabile Law Firm

Address  1745 S. Naperville Rd. Suite 200

City, State, ZIP  Wheaton, IL 60187

Telephone Number  630-665-6904

FAX Number  630-665-4343

E-mail Address  lawchicago@comcast.net

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 18th day of September 2014, I caused the Docketing Statement to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Kristopher K. Hulliberger
Howard & Howard Attorneys PC
450 W Fourth Street
Royal Oak, MI 48067
kkh@h2law.com

*Counsel for Appellee*

/s/ Thomas Keith Mirabile
Thomas Keith Mirabile

*Counsel for Appellant*